# Exhibit D

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

---------------------------------------------------------------- x
JESSE LANGEL,                                                    :   Index No. 159656/2021
        Plaintiff,                                       :
                                                         :
        -against-                                       :   **DEMAND FOR**
                                                         :   **COMPLAINT**
CHIPOTLE MEXICAN GRILL, INC.,                                    :
        Defendant.                                       :
                                                         :
---------------------------------------------------------------- x

**To: CLERK OF COURT AND ALL PARTIES AND COUNSEL OF RECORD**

    **PLEASE TAKE NOTICE** that Defendant Chipotle Mexican Grill, Inc. hereby demands, pursuant to C.P.L.R. 3012(b), that Plaintiff Jesse Langel serve a copy of the Complaint upon Chipotle by regular and electronic mail to its undersigned counsel at DLA Piper LLP (US) within twenty (20) days of this demand.

Dated:  December 1, 2021        Respectfully submitted,

        By:  */s/ Garrett Kennedy*
            Garrett Kennedy

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York, 10020-1104
Tel:  (212) 335-4500
Fax:  (212) 335-4501

Angela C. Agrusa (*pro hac vice* forthcoming)
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, CA 90067
Tel:  (310) 595-3000
Fax:  (310) 595-3300

*Attorneys for Defendant*
*Chipotle Mexican Grill, Inc.*